**16-cv-61215-COOKE/TORRES**

IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF _____
_____ DIVISION
*(Write the District and Division, if any, of the court in which the complaint is filed.)*

FILED BY _____ D.C.
JUN 07 2016
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

Steve K. Hyppolite
_____

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Broward Sheriff's Office
Officer S. Williams #16345
Other unknown BSO officers

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**Complaint for Violation of Civil Rights**
(Non-Prisoner Complaint)

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: ☑ Yes ☐ No
*(check one)*

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Steve K. Hyppolite
Street Address: 4110 S.W. 21st. street
City and County: West Park, Broward
State and Zip Code: Fl, 33023
Telephone Number:
E-mail Address:

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Broward Sheriff's Office
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):
☐ Individual capacity   ☑ Official capacity

Defendant No. 2
Name: Officer S. Williams badge # 16345
Job or Title:

2

(if known)
Street Address _____
City and County _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____
(if known)
☑ Individual capacity     ☑ Official capacity

Defendant No. 3
    Name __Other unknown BSO Officers__
    Job or Title _____
    (if known)
    Street Address _____
    City and County _____
    State and Zip Code _____
    Telephone Number _____
    E-mail Address _____
    (if known)
    ☑ Individual capacity     ☑ Official capacity

Defendant No. 4
    Name _____
    Job or Title _____
    (if known)
    Street Address _____
    City and County _____
    State and Zip Code _____
    Telephone Number _____
    E-mail Address _____
    (if known)
    ☐ Individual capacity     ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)
☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

**Civil rights violation 4th Amendment**

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*attached Basis for Jurisdiction*

**Arrest without probable cause**

~~Basis for jurisdiction~~ (D)

Broward Sheriff's Officer S. Williams badge #16345, and other unknown Broward Sheriff's officers, are sued in their individual and official capacities. All officers were on duty and acted under color of law and within the scope of their employment with the Broward Sheriff's Office.

## COUNT I: WARRANTLESS ARREST WITHOUT PROBABLE CAUSE

All allegations made heretofore are reincorporated by reference herein as if set forth in full. Defendants violated Plaintiff's Fourth Amendment Rights to be secure against the unlawful arrest without probable cause.

Plaintiff was not free to leave at any time after Defendant Officer S. Williams committed false arrest shortly after his arrival approximately at 10:30 p.m. Defendant Officer S. Williams spoke to unknown Defendant officers which Defendant Officers and any objectively reasonable officer would have known did not support an arrest did not have probable cause to arrest Plaintiff, nor did he have a warrant or exigent circumstances which can, in some cases, obviate the warrant requirement.

Defendants effectively arrested Plaintiff without information to suggest he committed or had committed a crime at the time Officer S. Williams placed Plaintiff under arrest. Defendants' acts were unlawful and were a cause of pain and suffering. Plaintiff is entitled to recover damages from the individual Defendants.

WHERE FOR,(I) Plaintiff pray that this court enter judgement in my favor and against individual defendants, and award damages as follows:

A. Compensatory damages;

B. Punitive damages as allowed by law;

C. Litigation expenses; and

D. Any other relief this Court deems just and appropriate.

1

## COUNT II: DEPRIVATION OF CIVIL RIGHTS UNDER 42 U.S.C. 1983 RESULTING IN WRONGFUL IMPRISONMENT.

All previous allegations are realleged as if fully set forth herein.

The individual Defendant Officer S. Williams and all other Broward Sheriff's officers present were acting within the course and scope of their employment with Broward Sheriff's Office.

At all times pertinent hereto, Defendants were acting under the color of law. (I) Plaintiff had clearly established rights under the Fourth Amendment of the United States Constitution to be free from arrest without probable cause by law enforcement officers.

Defendants decision to conduct a false arrest of Plantiff when he was not posing a threat of harm to himself or anyone else at the time of that arrest, and their decision to escalate the situation into a full warrantless arrest and was unreasonable.

The individual Defendants' actions were undertaken within the scope of their employment, while on duty, and under color of law. As a result of the unjustified false imprisonment and detention without probable cause by the individual Defendant Officer S. Williams and other unknown Broward Sherriffs officers, (I) Plaintiff has suffered emotional and financial injuries.

WHERE FOR,(I) Plaintiff pray that this court enter judgement in my favor and against individual defendants, and award damages as follows:

A. Compensatory damages;

B. Punitive damages as allowed by law;

C. Litigation expenses; and

D. Any other relief this Court deems just and appropriate.

### III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

West Park, Fl.

B. What date and approximate time did the events giving rise to your claim(s) occur?

November 24, 2015 approximately 10:30 p.m.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

attached Statement of claim

5

*Statement of claim (C)*

## FACTS RELEVANT TO ALL CLAIMS

On November 24, 2015 at approximately 10:30 p.m., (I) Plaintiff was traveling in family's personal conveyance, which is registered to my mother in the vicinity of Hallandale Beach Blvd. and 34th avenue in the City of West Park.

My mother, Chloris Henry was seated in the front seat with a migraine headache.

Loukissa Jackson and Tatyana Wilmott, my aunt and cousin respectively, were seated in the rear seat.

Defendant Officer S. Williams badge #16345, who was in uniform and driving a marked BSO police vehicle began to suddenly tailgate, then activated the emergancy equipment. The manner in which Defendant Officer Williams tailgated was highly aggressive and placed me in fear of our safety. I pulled over. Defendant Officer S. Williams walked up to the vehicle and asked for Driver's licence and registration. I indicated to Defendant Officer S. Williams that I was traveling. He then immediately spoke into his radio that was on his shoulder. Within a few minutes more Broward Sherriff's Officers arrived. Then without prior warning or consent, Defendant Officer S. Williams opened the door to the vehicle and ordered me to get out. I was already under duress and continued to fear for my safety so I got out of the vehicle. Despite the fact that Plaintiff was not under arrest, was not reasonably suspected of committing a crime, and presented no threat to the officers, Officers S. Williams decided to forcibly pull Plaintiff from the vehicle. He grabbed me and steered me to the rear of the vehicle. I did not waive any of my inaliable rights but he began to search me without consent. After I was put in the rear of the BSO vehicle an unknown officer

1

approached and asked my mother, why did she allow me to drive withou a driver's licence? My mother stated to unknown officer that I do not drive and that I travel with my God given rights under the U.S. Constitution. The officer then stated that he was, "tired of this soverign bullshit" and for that, they made the decision to have our personal conveyance towed, even though she had a valid driver's license and there were two other licensed drivers. Unknown officer then stated that she had to leave the scene or she would get arrested too.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

*My incarceration from false imprisonment. I was put under threat and duress by public servants.*

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

*False imprisonment for 14 hours.*
*$10,000 per hr.*
*Punitive*
*Emotional pain and suffering will be ammended.*

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

6

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: June 7, 2016.

Signature of Plaintiff _Steve Hyppolite_

Printed Name of Plaintiff _Steve K. Hyppolite_

4110 S.W. 21st street
West Park, Fl. 33023

B. **For Attorneys**

Date of signing: _____, 20__.

Signature of Attorney _____

Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Address _____
Telephone Number _____
E-mail Address _____

7